**Order entered November 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01107-CR

**DAVID RICHARDO MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-24896-U**

## ORDER

Before the Court is appellant's November 14, 2018 motion to substitute counsel. We **GRANT** the motion and **DIRECT** the Clerk of the Court to **REMOVE** John G. Tatum and **SUBSTITUTE** Bruce Anton as counsel for appellant. All future correspondence should be sent to Bruce Anton; Udashen | Anton; 2311 Cedar Springs Road, Suite 250; Dallas, Texas 75201; telephone: (214) 468-8100; facsimile: (214) 468-8104; email: ba@udashenanton.com.

/s/     CRAIG STODDART
        JUSTICE